UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60200-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HECTOR EFRAIN ALVAREZ,

        Defendant.
_____/

## ORDER DENYING MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon defendant's unopposed motion to continue sentencing **[D.E. #157]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to continue sentencing hearing is **DENIED**. The sentencing hearing will remain set for **Tuesday, January 21, 2020 at 10:30 a.m.**

DONE and ORDERED in Miami-Dade County Florida this _17_ day of January, 2020.

                                    FEDERICO A. MORENO
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation